IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY WAYNE KETCHER, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner of The Social Security Administration, <br><br> Defendant. | Case No. 20-CIV-279-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On August 11, 2022, the United States Magistrate Judge entered a Report and Recommendation recommending that the above-styled case be reversed and remanded for further proceedings [Docket No. 21]. The Defendant filed an Objection to the Magistrate Judge's Report and Recommendation [Docket No. 22]. The Magistrate Judge found that correct legal standards were not applied by the Administrative Law Judge by failing to properly evaluate and discuss Plaintiff's symptoms linking his finding to substantial evidence in the record, failing to properly develop and assess Plaintiff's mental impairments and their effects on the RFC limitations, and failing to develop the record regarding Plaintiff's seizures. The Magistrate Judge finds that the decision was therefore not supported by substantial evidence and recommends that a neurological consultative examination be conducted upon remand of the case.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse and remand for further proceedings to include a neurological consultative examination is well supported. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 28th day of September, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA